AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

SHERRY E. BECKER,

                Plaintiff,

                                        JUDGMENT IN A CIVIL CASE

v.

STRATA ORCHARD, LLC, et al.,

                                        CASE NUMBER: CV-11-5108-RMP

                Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's claims against KHA for the alleged failure to provide a reasonable accommodation and for alleged discrimination under the FHA are DISMISSED WITH PREJUDICE.

February 6, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Virginia Reisenauer
*(By) Deputy Clerk*
Virginia Reisenauer