UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHERRY E. BECKER,<br><br>                    Plaintiff,<br><br>        v.<br><br>STRATA ORCHARD, LLC;<br>RIVERSTONE RESIDENTIAL<br>GROUP, LLC; LAURA GONZALEZ;<br>JOLENE HIVELY; CATHY<br>CLAPPER; INVESTORS CAPTIAL<br>GROUP, LLC; NAOMI REESE; and<br>LINDSEY PLUCKER; and<br>KENNEWICK HOUSING<br>AUTHORITY,<br><br>                    Defendants. | NO:  CV-11-5108-RMP<br><br>PROTECTIVE ORDER |

Pursuant to Federal Rule of Civil Procedure ("FRCP") 26(c) and the Court's order at ECF No. 213, **IT IS HEREBY ORDERED:**

1.  Defendants shall not be required to produce to Plaintiff information

relating to any tenants' identities and/or personal financial information.

PROTECTIVE ORDER ~ 1

2. Defendants may redact from any discovery responses actually and properly requested by Plaintiff any of the current and prior tenants' personal identifying information, including but not limited to:

    a. Names;

    b. Address(es);

    c. Apartment numbers

    d. Social Security numbers

    e. Employers

    f. Employers' address(es);

    g. Employer contact information;

    h. Income;

    i. Sources of income;

    j. Expenses;

**IT IS SO ORDERED**.

The District Court Clerk is directed to enter this Order and provide copies to counsel and pro se Plaintiff Sherry E. Becker.

**DATED** this 12th day of February 2013.


                 _s/ Rosanna Malouf Peterson_
                 ROSANNA MALOUF PETERSON
                 Chief United States District Court Judge