UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHERRY E. BECKER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STRATA ORCHARD, LLC; RIVERSTONE RESIDENTIAL GROUP, LLC; LAURA GONZALEZ; JOLENE HIVELY; CATHY CLAPPER; INVESTORS CAPTIAL GROUP, LLC; NAOMI REES; LINSEY PLUCKER; and KENNEWICK HOUSING AUTHORITY,<br><br>　　　　　Defendants. | NO: CV-11-5108-RMP<br><br>ORDER OF DISMISAL WITH PREJUDICE |

**BEFORE** the Court is Plaintiff's Notice of Voluntary Dismissal, ECF No. 225. Having reviewed the notice and relevant filings, the Court finds good cause to approve dismissal. Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Notice for Voluntary Dismissal, **ECF No. 225**, is

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**APPROVED**. Plaintiff's Complaint and any and all counterclaims and/or cross-claims are dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, enter judgment accordingly, **close** this case, and provide copies of this Order to counsel and to pro se Plaintiff Sherry E. Becker.

**DATED** this 19th day of February 2013.

                    *s/ Rosanna Malouf Peterson*
                ROSANNA MALOUF PETERSON
                Chief United States District Court Judge