AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

SHERRY E. BECKER,

                              Plaintiff,

                                v.

STRATA ORCHARD, LLC; RIVERSTONE RESIDENTIAL GROUP, LLC; LAURA GONZALEZ; JOLENE HIVELY; CATHY CLAPPER, et al.,

                              Defendants

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-5108-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint and any and all counterclaims and/or cross-claims are dismissed with prejudice and without costs to any party.

February 19, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Virginia Reisenauer
*(By) Deputy Clerk*
Virginia Reisenauer